■ DELORES F. DAVIS, Respondent, v. MARTIN S. DAVIS, Appellant.— Appeal from order of the Supreme Court, New York County, entered on January 12, 1973, unanimously dismissed as academic, without costs and without disbursements. We are advised that the order on appeal has been superseded by a new order granting plaintiff-respondent wife $750 a month to secure a new apartment and setting a definite time limit within which defendant-appellant's co-operative apartment is to be vacated by her. This effectively renders the appeal moot. Concur — Stevens, P. J., Markewich, Nunez, Lane and Tilzer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. GREGORY CARTER — Motion granted to the extent of amending the remittitur of this court entered herein on February 15, 1973 to recite the following: "Upon the appeal herein there were presented, and necessarily passed upon, questions under the Constitution of the United States, viz.: Appellant contended that his rights under the Sixth and Fourteenth Amendments of the United States Constitution were violated. The Appellate Division held that there was no violation of appellant's rights." Concur — McGivern, J. P., Markewich, Nunez and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HENRY LAKE.— Motion for leave to appeal as a poor person denied, and the appeal dismissed *sua sponte* as untimely. (CPL 460.10, subd. 1, par. [a]). Concur — Stevens, P. J., Markewich, Nunez, Kupferman and Steuer, JJ.